**DAVID M. PENNY ISB #3631**
COSHO HUMPHREY, LLP
1501 S. TYRELL LANE
BOISE, ID  83706
PO Box 9518
Boise, ID 83707-9518
Telephone: (208) 344-7811
Facsimile: (208) 338-3290
Email: dpenny@cosholaw.com

Attorneys for Defendant Parklane Management Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WAYNE PEREZ,<br><br>                               Plaintiff,<br><br>v.<br><br>PARKLANE MANAGEMENT COMPANY, LLC,<br><br>                               Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION** |

Defendant Parklane Management Company, LLC ("Parklane"), through its attorneys of record, Cosho Humphrey, LLP, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully gives notice of the removal of the captioned action to the United States District Court, District of Idaho, from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada.  The grounds for removal are as follows:

1. On or about October 22, 2015, Plaintiff Wayne Perez ("Plaintiff" or "Perez") brought a Complaint in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, naming Parklane Management Company, LLC, as Defendant, Case

No. CV PI 2015-18306 (the "State Court Action").  A copy of the Complaint was served upon Parklane on April 7, 2016.  In accordance with 28 U.S.C. § 1446(a) and Dist. Idaho Loc. Civ. R. 5.2(d) and 81.1, copies of the available state court record and the state court register of action are attached hereto as follows:

  Exhibit A – Complaint and Demand for Jury Trial

  Exhibit B – Summons

  Exhibit C – Register of Action for State Court Action as of 4/8/2016

## THE PARTIES

2. At the time the State Court Action was commenced, Plaintiff Perez was a resident of the State of Idaho.

3. Defendant Parklane was, at the time the State Court Action was commenced, a limited liability company formed under the laws of Idaho, with its principal place of business in Boise, Ada County, Idaho.

## THE STATE COURT ACTION

4. The Complaint alleges that Plaintiff Perez suffered discrimination in his employment relationship with Parklane, in violation of the Americans with Disabilities Act, 42 U.S.C. § 12112(d)(2), as amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 (2008) (the "ADAAA").

## THE COURT'S REMOVAL JURISDICTION

5. This Court has federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 and the Americans with Disabilities Act, as amended, 42 U.S.C. § 2000(e)(5),

which gives the U.S. District Court jurisdiction to hear civil actions related to claims under the Americans with Disabilities Act.

6.  Parklane is an employer as defined under 42 U.S.C. § 12111(5)(A).

7.  Venue is proper in this district pursuant to 29 U.S.C. § 1332(e)(2) in that a substantial portion of the events giving rise to the claims asserted herein occurred in this district.

8.  On April 7, 2016, the Complaint was served by hand delivery to Parklane. Accordingly, this Notice of Removal filed within the 30-day period is timely pursuant to 28 U.S.C. § 1446.

9.  The United States District Court, District of Idaho, is the appropriate court to which this action should be removed because this district is the district embracing actions filed in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada.

10.  A true and correct copy of this Notice of Removal is being served upon Plaintiff as required by law.  28 U.S.C. § 1446(d).

11.  A true and correct copy of this Notice of Removal is also being filed promptly with the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada.  28 U.S.C. § 1446(d).

WHEREFORE, Defendant Parklane hereby removes this action, currently pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, Case No. CV PI 2015-18306.

DATED this 11th day of April, 2016.

          COSHO HUMPHREY, LLP

          /s/ David M. Penny
          DAVID M. PENNY
          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on the 11th day of April, 2016, a true and correct copy of the within and foregoing instrument was served upon:

Daniel Williams
Thomas, Williams & Park, LLP
225 N. 9th Street, Suite 810
PO Box 1776
Boise, Idaho 83701-1776
**Served by: U.S. Mail and**
          **Facsimile: (208) 345-7894**

          /s/ David M. Penny
          DAVID M. PENNY