COPY

NO _____
FILED
A.M. _____ P.M. _____

OCT 22 2015

CHRISTOPHER D. RICH, Clerk
By SANTIAGO BARRIOS
DEPUTY

DANIEL E. WILLIAMS (ISB 3920)
THOMAS, WILLIAMS & PARK, LLP
225 N. 9th Street, Suite 810
P.O. Box 1776
Boise, ID 83701-1776
Telephone: (208) 345-7800
Fax: (208) 345-7894
danw@thomaswilliamslaw.com

Attorneys for Plaintiff

CHERI C. COPSEY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR COUNTY OF ADA

| | |
|---|---|
| WAYNE PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARK LANE MANAGEMENT COMPANY, LLC., an Idaho limited liability company,<br><br>Defendant. | Case No. **CV PI 1518306.**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

For his cause of action against Defendant Park Lane Management Company, LLC, Plaintiff Wayne Perez states and alleges:

### INTRODUCTION

1. This is an action brought principally under the Americans with Disabilities Act, 42 U.S.C. § 12112(d)(2), as amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 (2008) (the "ADAAA"), for unlawful discrimination and retaliatory termination.

EXHIBIT A

COMPLAINT AND DEMAND FOR JURY TRIAL, P. 1

## JURISDICTION AND VENUE

2. All jurisdictional requirements for filing in the District Court are satisfied.

3. This Court has jurisdiction over Plaintiff's federal claims pursuant to, *inter alia*, 42 U.S.C. § 12117 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.

3. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Idaho Human Rights Commission ("IHRC") and has received a Notice of Right to Sue from the EEOC and a Notice of Administrative Dismissal and Right to Sue from the IHRC.

4. This Complaint is timely filed following Plaintiff's receipt of the Notice of Right to Sue and the Notice of Administrative Dismissal and Right to Sue and Plaintiff has exhausted all administrative remedies required.

5. Venue is proper in Ada County because Defendant has an office, conducts business and can be found in Ada County, Idaho, and a substantial part of the events or omissions giving rise to the claims occurred in Ada County.

## PARTIES

6. Plaintiff Wayne Perez ("Plaintiff") is a citizen of the United States of America and a resident of the city of Boise, Ada County, State of Idaho.

7. Defendant Park Lane Management Company, LLC, ("Defendant") is an Idaho limited liability company doing business in Boise, Ada County, Idaho. Defendant employs and has employed for all relevant times more than fifteen (15) employees at its business facility in Boise and has been an "employer" under 42 U.S.C. § 12111(5)(A).

8. Plaintiff is a qualified individual with a disability for purposes of 42 U.S.C. § 12112(A), in that he has physical impairments due to an industrial injury of December 17, 2013.

COMPLAINT AND DEMAND FOR JURY TRIAL, P. 2

9. In addition to actual knowledge of Plaintiff's impairment, Defendant regarded and treated Plaintiff as a person with an impairment.

## FIRST CLAIM FOR RELIEF

(Violations of the ADAAA)

10. Plaintiff incorporates paragraphs 1 through 9 above.

11. Plaintiff began working for Defendant in approximately April, 2013, on Defendant's maintenance crew.

12. On or about December 17, 2013, Plaintiff was assigned to remove and replace a light bulb ballast in the Alaska Building in downtown Boise. As Plaintiff was standing on a ladder, he was electrocuted and suffered a firt-degree burn, a scrape and hematoma on his leg, sprained ankles, knees and ribs. He also suffered a serious lower back injury.

13. Despite his injuries, he returned to work the following day, but began to suffer a great deal of pain, especially in his back.

14. Defendant eventually sent him to an occupational health physician, who released him to light-duty work. Defendant did not provide light duty work he could perform and Plaintiff was forced to take time off.

15. Plaintiff's supervisor with Defendant, Saiz Delic, instructed Plaintiff to report back when there was a change in his status. He told Plaintiff not to return until his doctor released him to work, without restrictions.

15. After a return visit to the physician and an MRI, Plaintiff underwent a course of physical therapy and was released to work on or about March 19, 2015.

16. Shortly thereafter, Plaintiff called his supervisors, Saiz Delic and Mike Tranmer and left messages that he was ready and able to return to work. He did not hear back from them.

17. Plaintiff finally reached Mr. Tranmer, who asked him to come to the office. Mr. Delic and Mr. Tranmer told him they had hired two other individuals to replace Plaintiff.

18. As a result of Defendant's intentional acts set forth herein, Plaintiff has suffered past and future wage loss, loss of benefits, severe emotional distress, mental pain and anguish, embarrassment, loss of dignity and self-esteem, humiliation and loss of enjoyment in life.

## SECOND CLAIM FOR RELIEF

(Violation of the Family Medical Leave Act)

19. Plaintiff incorporates paragraphs 1 through 19 above.

20. After being on leave between late December and March 19, 2015, Defendant failed to restore Plaintiff to the same or equivalent position in violation of 29 U.S.C. § 2614(a)(1)(B). As set forth at 29 C.F.R. § 825.214(a), "[an] employee is entitled to reinstatement even if the employee has been replaced or his or her position has been restructured to accommodate the employee's absence."

21. Plaintiff is entitled to damages equal to the amount of lost compensation pursuant to 29 U.S.C. § 2617(a)(1)(A)(i)(I), as well as prejudgment interest, liquidated damages, attorney fees, expert witness fees and other costs.

## THIRD CLAIM FOR RELIEF

(Violation of the Idaho Human Rights Act)

22. Plaintiff incorporates paragraphs 1 through 21 above.

23. Defendant's above-described conduct also violates the Idaho Human Right Act, Idaho Code §§ 67-5901-5912.

## ATTORNEY FEES

As a direct result of the above-described unlawful employment practices of Defendants, Plaintiff has been required to obtain legal counsel and is entitled to recover reasonable costs and attorney's fees pursuant to, *inter alia*, 42 U.S.C. § 12205, 29 U.S.C. § 2617(a)(3), Idaho Code §§ 45-615, 12-120, and 12-121.

## PRAYER

WHEREFORE, Plaintiff Wayne Perez respectfully requests:

A.  An Order requiring Defendant to make Plaintiff whole by providing back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices;

B.  An Order requiring Defendant to make Plaintiff whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above in amounts to be determined at trial;

C.  An Order requiring Defendant to make Plaintiff whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful practice;

D.  An Order requiring Defendants to pay liquidated damages;

E.  Award Plaintiff his reasonable attorney's fees.

F.  Award Plaintiff his costs of this action.

G.  Grant such further relief as the Court deems necessary and proper.

## JURY DEMAND

Plaintiff hereby demands a Trial by Jury on all issues.

DATED this 22nd day of October, 2015.

                THOMAS, WILLIAMS & PARK LLP

                _____
                Daniel E. Williams
                Attorneys for Plaintiff

Case 1:16-cv-00148-BLW   Document 1-1   Filed 04/11/16   Page 7 of 9

DANIEL E. WILLIAMS (ISB 3920)
THOMAS, WILLIAMS & PARK, LLP
225 N. 9th St., Ste. 810
P.O. Box 1776
Boise, ID  83701-1776
Telephone:  (208) 345-7800
Fax:  (208) 345-7894
danw@thomaswilliamslaw.com

Attorneys for Plaintiffs

RECEIVED
APR 0 6 2016
THOMAS, WILLIAMS & PARK

NO. _____
A.M. _____ FILED _____ P.M.

MAR 3 1 2016

CHRISTOPHER D. RICH, CLERK
By TYLER _____

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| WAYNE PEREZ,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PARK LANE MANAGEMENT COMPANY, LLC,<br><br>                    Defendant. | Case No. CV-PI-2015-18306<br><br>SUMMONS |

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS.

### READ THE INFORMATION BELOW

TO:   PARK LANE MANAGEMENT COMPANY, LLC

YOU ARE HEREBY NOTIFIED That in order to defend this lawsuit, an appropriate written response must be filed with the above designated Court at 200 West Front Street, Boise, Idaho 83702, telephone (208) 287-6900, within 20 days after service of this Summons on you.

SUMMONS, Page 1



EXHIBIT B

If you fail to so respond the Court may enter judgment against you as demanded by the Plaintiffs in the Complaint.

A copy of the Complaint and Demand for Jury Trial is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

DATED this ____ day of March, 2016.

**MAR 3 1 2016**

CHRISTOPHER D. RICH
Clerk of the Court

By ___**TYLER ATKINSON**___
Deputy Clerk

SUMMONS, Page 2

## Case Number Result Page

### Ada

**1 Cases Found.**

### Wayne Perez vs. Park Lane Management Company LLC

**Case:** CV-PI-2015-18306  **District** **Filed:** 10/22/2015  **Subtype:** Personal Injury  **Judge:** Michael Reardon  **Status:** Pending

**Defendants:** Park Lane Management Company LLC
**Plaintiffs:** Perez, Wayne

**Register of actions:**

| Date | |
|---|---|
| 10/22/2015 | New Case Filed - Personal Injury |
| 10/22/2015 | Complaint Filed |
| 11/02/2015 | Judge Change: Administrative |
| 11/02/2015 | Notice Of Reassignment to Michael Reardon |
| 03/31/2016 | Summons Filed |

*Connection: Public*


EXHIBIT C