UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WAYNE PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PARKLANE MANAGEMENT COMPANY, LLC,<br><br>    Defendant. | Case No. 1:16-cv-00148-BLW<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter having come before the Court upon the parties' Stipulation of Dismissal With Prejudice (Dkt. 16), and the Court having found good cause,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal With Prejudice (Dkt. 16) is **GRANTED**, and all claims filed in the above-entitled case are dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

**ORDER OF DISMISSAL WITH PREJUDICE - 1**



DATED: October 25, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE - 2**