UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WAYNE PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>PARKLANE MANAGEMENT COMPANY, LLC,<br><br>    Defendant. | Case No. 1:16-cv-00148-BLW<br><br>JUDGMENT |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: October 25, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1